UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISE LIVINGSTON, MELISSA RAINEY, DAVID SMITH, RAYMOND SABBATINE, PETER GOLDIS, and BILL COLBERT, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRANE U.S. INC.,<br><br>　　　　　　Defendant. | Civ. A. No. 2:17-cv-06480-ES-MAH<br><br>The Honorable Esther Salas, U.S.D.J.<br><br>The Honorable Michael A. Hammer, U.S.M.J.<br><br>Return Date: August 12, 2020 (pursuant to Order, Dkt. No. 104)<br><br>**CLASS ACTION** |

**THE PARTIES' JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL AND ENTRY OF FINAL ORDER AND JUDGMENT**

PLEASE TAKE NOTICE that on August 12, 2020 at 12:00PM, or as soon as the matter may be heard by the Honorable Magistrate Judge Michael A. Hammer of the United States District Court for the District of New Jersey, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, courtroom MLK 2C, Plaintiffs Louise Livingston, Melissa Rainey, David Smith, Raymond Sabbatine, Peter Goldis, and Bill Colbert, and Defendant, Trane

1

U.S., Inc., will and hereby do jointly move for entry of the proposed Final Order and Judgment submitted herewith.

This Motion is based on this Notice of Motion and the Memorandum of Law filed by Plaintiffs herewith, the record in this action, the argument of counsel, and any other matters the Court may consider.

DATED: June 4, 2020

Respectfully submitted,

| | |
|---|---|
| *s/ Timothy N. Mathews* | *s/ Glen Shu* |
| Timothy N. Mathews | Glen Shu (*pro hac vice*) |
| Zachary P. Beatty (*pro hac vice*) | Gregory C. Ulmer (*pro hac vice*) |
| **CHIMICLES SCHWARTZ KRINER** | **BAKER HOSTETLER** |
| **& DONALDSON-SMITH LLP** | 811 Main St. |
| One Haverford Centre | Suite 1100 |
| 361 West Lancaster Avenue | Houston, TX 77002-6111 |
| Haverford, PA 19041 | Phone: 713.646.1362 |
| Phone: (610) 642-8500 | gulmer@bakerlaw.com |
| Fax: (610) 649-3633 | gshu@bakerlaw.com |
| tnm@chimicles.com | |
| zpb@chimicles.com | Shana E. Russo |
| | **REED SMITH LLP** |
| James C. Shah | Princeton Forrestal Village |
| **SHEPHERD, FINKELMAN,** | 136 Main Street, Suite 250 |
| **MILLER& SHAH, LLP** | Princeton, NJ 08540 |
| 475 White Horse Pike | Philadelphia, PA 19103 |
| Collingswood, NJ 08107-1909 | Telephone: 609.987.0050 |
| Phone: (856) 858-1770 | Fax: 609.951.0824 |
| Fax: (866) 300-7367 | srusso@reedsmith.com |
| jshah@sfmslaw.com | |
| | Terence N. Hawley (*pro hac vice*) |
| *Counsel for Plaintiffs* | **REED SMITH LLP** |
| | 101 Second Street, Suite 1800 |

San Francisco, CA 94105
Phone: (415) 659-4786
thawley@reedsmith.com

*Counsel for Trane U.S. Inc.*

## CERTIFICATE OF SERVICE

I, Timothy N. Mathews, certify that on this 4th day of June 2020, I caused the foregoing *Parties' Joint Notice Of Motion And Motion For Final Order and Judgment* to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*s/ Timothy N. Mathews*
Attorney for Plaintiffs